FORM CACB (od13vdr VAN–155)
Rev.(03/09)

# United States Bankruptcy Court
# Central District Of California

**3420 Twelfth Street, Riverside, CA 92501–3819**

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL
## OF CHAPTER 13 WITH RESTRICTIONS [11 U.S.C. §§ 109(g)(1) and 1307(b)]

**DEBTOR INFORMATION:**
Anthony Jackson Jr

**BANKRUPTCY NO.** 6:10–bk–39432–DS

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):  xxx–xx–0138
Employer Tax–Identification (EIN) No(s).(if any):  N/A
**Debtor Dismissal Date:** 10/27/10

**Address:**
1921 Sycamore Hill Dr
Riverside, CA 92506

Based on debtor's request and because debtor has willfully failed to abide by orders of the court or has willfully failed to appear before the court in proper prosecution of the case, IT IS ORDERED THAT:

(1)   debtor's bankruptcy case is dismissed;

(2)   the court retains jurisdiction on all issues arising under 11 U.S.C. §§ 110, 329 and 362; and

(3)   debtor is prohibited from filing any new bankruptcy petition within 180 days from the entry of this order.

Dated: October 27, 2010

BY THE COURT,
**Deborah J. Saltzman**
United States Bankruptcy Judge